**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KENNY COFFEY**
**ADC #86434**                                                                    **PLAINTIFF**

**V.**                                   **CASE NO. 3:14-CV-00292 JM/BD**

**RAY HOBBS, et al.**                                                             **DEFENDANTS**

**INITIAL ORDER FOR PRO SE PRISONER-PLAINTIFFS**

You have filed this federal civil rights lawsuit pro se, that is, without the help of a

lawyer.  There are rules and procedures that you must follow in order to proceed with

your lawsuit, even though you are not a lawyer.

**First: Follow All Court Rules.**  You must comply with the Federal Rules of Civil
Procedure as well as Local Rules for the Eastern District of Arkansas.  Copies of
rules can be found in the prison library.

In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs, like you,
who are not represented by a lawyer:

1.  You must promptly notify the Clerk and the other parties in the case
    of any change in address.  You must inform the court if you are
    transferred from one unit to another.  Notifying the court of your
    change in address is especially important if you are released from
    custody while your lawsuit is pending.  If you do not keep the court
    informed as to your current address, your lawsuit can be dismissed.
2.  You must monitor the progress of your case and prosecute the case
    diligently.
3.  You must sign all pleadings and other papers filed with the court,
    and each paper you file must include your current address.
4.  If any communication from the Court to a pro se plaintiff is not
    responded to within thirty (30) days, the case may be dismissed,
    without prejudice.

**Second: Pay the Filing Fee.**  Every civil case filed by a prisoner – including this one – requires the plaintiff to pay a filing fee either at the beginning of the lawsuit or, if he cannot afford to pay the entire fee in a lump sum, to apply to proceed *in forma pauperis* ("IFP").  You have filed an application to proceed IFP and submitted all necessary documents.  **Your IFP motion, therefore, (docket entry #1)  is GRANTED.**

Based on balances in your prison trust account, the Court will not assesses an initial filing fee.  You will still pay a $350.00 filing fee, but the fee will be collected in monthly installments from your prison account, even if the lawsuit is dismissed before trial.

**Third: No Right to Appointed Counsel.**  This is a civil case.  Unlike criminal cases, there is no right to have an appointed lawyer in a civil case.  If your case proceeds to a jury trial, however, a lawyer will be appointed to assist you before trial.

**Fourth: Do Not File Your Discovery Requests.**  Discovery requests, such as interrogatories and requests for documents, are not to be filed with the court.  Instead, discovery requests should be sent to counsel for the defendant (or directly to the defendant if he or she is not represented by a lawyer).  No discovery should be sent to a defendant until after that defendant has been served with the complaint.

**Fifth: Do Not Send Documents to Court Except in Two Situations.**  You may send documents or other evidence to the Court only if attached to a motion for summary judgment or in response to a motion for summary judgment; or if the court orders you to send documents or other evidence.

**Sixth: Provide a Witness List.**  If your case is set for trial, as your trial date approaches, you will be asked to provide a witness list.  After reviewing the witness list, the Court will subpoena necessary witnesses.

The Clerk of the Court is directed to send a copy of this Order to the Arkansas

Department of Correction Trust Fund Centralized Banking Office, P.O. Box 8908, Pine

Bluff, Arkansas 71611, the Arkansas Department of Correction Compliance Division,

P.O. Box 20550, Pine Bluff, Arkansas 71612, and the Warden of the East Arkansas

Regional Unit, Post Office Box 970, Marianna, Arkansas 72360.

IT IS SO ORDERED, this 9th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE