## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**KENNY COFFEY**
**ADC #86434**                                                                                 **PLAINTIFF**

**V.**                                      **CASE NO. 3:14-CV-00292 JM/BD**

**RAY HOBBS, et al.**                                                                     **DEFENDANTS**

## <u>ORDER</u>

Mr. Coffey, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983, alleging that the Defendants acted with deliberate indifference to his serious medical needs.  (Docket entry #2)  His complaint is over one-hundred pages long, including attachments.   Mr. Coffey complains about conduct that occurred at two different ADC facilities, and he names seventeen Defendants.

The Complaint violates Fed. R. Civ. P.  8(a) and (e), which requires that a complaint must contain a "short and plain statement" showing that the plaintiff is entitled to relief and that the averments set forth be "simple, concise, and direct."  See also *Trobaugh v. Hyatt*, Case No. 04-2243, 2005 WL 775396 (8th Cir. April 7, 2005) (unpublished opinion) (explaining that *pro se* inmates must comply with the pleading requirements set forth in Fed. R. Civ. P. 8(a) and (e)); *Chandler v. Pogue*, Case No. 02-2793, 2003 WL 943750 (8th Cir. March 11, 2003) (unpublished opinion) (holding that a trial court did not abuse its discretion when it dismissed a *pro se* inmate's complaint for failing to comply with Fed. R. Civ. P. 8).

Mr. Coffey is directed to file an amended complaint within thirty days.  That amended complaint should include only a short and plain statement of his deliberate-indifference claim and must not include claims arising at different ADC units. Furthermore, in his amended complaint, Mr. Coffey must specifically explain how each named Defendant violated his constitutional rights and caused him injury.

Mr. Coffey is cautioned not to include any attachments to his amended complaint. He has thirty days to file his amended complaint.  Failure to comply with this Order could result in the dismissal of his claims.

IT IS SO ORDERED this 10th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE