**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KENNY COFFEY**
**ADC #86434**                                                                                                       **PLAINTIFF**

**V.**                      **CASE NO. 3:14-CV-00292 JM/BD**

**RAY HOBBS, et al.**                                                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Coffey's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Coffey's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 12th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE